

EOD

09/08/2017

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

IN RE:
IEDA Enterprise, Inc.　　　　　　　　　　Case No. 11-43726 btr
825 Avenue K　　　　　　　　　　　　　　Chapter: 7
Plano, TX 75074
EIN: 75-2566965
Debtor

## ORDER VACATING CLOSING ENTRY AND REOPENING CASE

　　Came on to be considered the fact that the above referenced case filed on **December 12, 2011** was closed **April 10, 2017**. This case was closed erroneously; and,

　　It is therefore **ORDERED** that the entry closing the case on **April 10, 2017** is hereby **VACATED** and the case is hereby **REOPENED**.

Signed on 09/08/2017

_Brenda T. Rhoades_　　SD

HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE